UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-49-T-17EAJ

CHARVESTER ANTHONY

**FORFEITURE MONEY JUDGMENT**

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States of America moves for entry of a forfeiture money judgment against defendant Charvester Anthony in the amount of $31,462.73, representing the amount of proceeds he obtained as a result of the offenses for which he was convicted as charged in counts one through five of the Indictment.

The defendant was charged in the Indictment with five counts of receiving stolen government property totaling $31,462.73, in violation of 18 U.S.C. § 641. A jury trial commenced on June 15, 2015, and the Jury found the defendant guilty of all five counts of the Indictment.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount of $31,462.73.

Case No. 8:14-CR-49-T-17EAJ

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. Sec. 853(p), as incorporated by 28 U.S.C. Sec. 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE and ORDERED** in Chambers in Tampa, Florida on August 21, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record